David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT McCARTHY**<br><br>            Plaintiff<br><br>v.<br><br>**CAMBRIA LODGING, A CALIFORNIA LIMITED PARTNERSHIP; KENNETH D COOPER, Trustee, KENNETH AND GISELA COOPER 2002 TRUST; BLUE BIRD INN LLC**; and DOES 1 THROUGH 10, Inclusive<br><br>            Defendants | Case No.: 2:15-cv-07254-JAK-AGR<br><br>VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY REQUESTED by the Plaintiff ROBERT McCARTHY and/or through his attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants CAMBRIA LODGING, A CALIFORNIA LIMITED PARTNERSHIP; KENNETH D COOPER, Trustee, KENNETH AND GISELA COOPER 2002 TRUST; BLUE BIRD INN LLC from Plaintiff's Complaint, Case Number 2:15-cv-07254-JAK-AGR.

1 | Since no Defendants shall remain in this action, Plaintiff requests that
2 | Plaintiff's Complaint be dismissed with prejudice in its entirety.

4 | **IT IS SO REQUESTED.**

6 | Dated:  __October 13, 2015__        **Law Offices of David C. Wakefield**
7 |                                     By: /s/DAVID C. WAKEFIELD, ESQ.
                                        Attorney for Plaintiff